| | |
|---|---|
| 1 | **Scott H. Coombs, Esq. - State Bar No. 006843**<br>**COOMBS & ASSOCIATES** |
| 2 | **1811 S. Alma School Rd., STE 225**<br>**Mesa, AZ 85210** |
| 3 | **(480)839-4828**<br>**(480) 897-1461** |
| 4 | **Attorneys for DEBTOR / RESPONDENTS** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>KATHRYN ANN STEVENS<br>    Debtor. | Chapter 13 Proceeding<br><br>Case No. 08-05171 PHX SSC |
| WELLS FARGO FINANCIAL BANK,<br> it's successors and/or assigns<br>    Movant,<br><br>vs.<br>KATHRYN ANN STEVENS, Debtor<br>RUSSELL BROWN, Trustee<br>    Respondents | **RESPONSE TO MOVANT'S MOTION**<br>**TO LIFT THE AUTOMATIC STAY** |

   Comes now KATHRYN ANN STEVENS, ("Debtor"), hereby responds to the Motion for Relief from the Automatic Stay ("Motion") filed by WELLS FARGO FINANCIAL ("WELLS FARGO") as follows:

  1. Movant holds a perfected security interest in the real property of the Debtor.

  2. Movant alleges that the Debtor is in arrears on house payments. The debtors assert that although they may be delinquent, they have the funds to bring the post petition payments current in a relatively short period of time. In addition she is able to make the future post petition mortgage payments and plan payments to reorganize and retain her home.

  3. Moreover, the Debtor has equity in the Real Property and WELLS FARGO'S interest in it's collateral is adequately protected.

  WHEREFORE, the Debtor requests the Court deny movants motion for relief from the Automatic Stay.

  RESPECTFULLY SUBMITTED this 1rst day of October, 2008.

| | |
|---|---|
| 1 | COOMBS & ASSOCIATES |
| 2 | By /s/Scott H. Coombs<br>Scott H. Coombs |
| 3 | ORIGINAL filed and COPY |
| | mailed this 1rst day of |
| 4 | October, 2008, to: |
| 5 | Ronald M. Horwitz, Esquire |
| | JABURG & WILK, PC |
| 6 | 3200 N. Central Avenue, Ste 2000 |
| | Phoenix, AZ 85012 |
| 7 | |
| 8 | |
| | By: /s/Cindy Sisson |
| 9 | |