1  Ronald M. Horwitz, #005655
   Janessa E. Koenig, #018618
2  **JABURG & WILK, P.C.**
   3200 N. Central Avenue, Suite 2000
3  Phoenix, Arizona 85012
   (602) 248-1000
4
   Attorneys for WELLS FARGO FINANCIAL BANK
5

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| KATHRYN ANN STEVENS | Chapter 13 |
| Debtor. | Case No. 2-08-bk-05171-SSC |
| | **ORDER VACATING HEARING** |
| WELLS FARGO FINANCIAL BANK, | |
| Movant, | |
| v. | |
| KATHRYN ANN STEVENS, and RUSSELL A. BROWN, Trustee | |
| Respondent. | |

This matter having come before this Court pursuant to the Motion to Vacate Hearing of Movant, WELLS FARGO FINANCIAL BANK, and the Court after having reviewed said Motion and good cause existing, hereby orders that the hearing which is presently scheduled for October 28, 2008 at 1:30 p.m., be vacated.

DATED this _____ day of _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

48137-90827/RMH/JMC/686060_v1