Ronald M. Horwitz, #005655
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

Attorneys for Wells Fargo Financial Bank

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 13 Proceedings |
|---|---|
| KATHRYN ANN STEVENS | No: 2-08-bk-05171-SSC |
| Debtor. | **STIPULATION REGARDING PAYMENT OF INDEBTEDNESS AND MODIFICATION OF STAY** |

IT IS HEREBY STIPULATED AND AGREED by and between Debtor/Respondents KATHRYN ANN STEVENS, and the Movant, WELLS FARGO FINANCIAL BANK, "WELLS FARGO", by and through its attorneys JABURG & WILK, P.C., by Ronald M. Horwitz pursuant to an agreement reached in the above-captioned Chapter 13 proceedings, presently pending in the United States Bankruptcy Court for the District of Arizona, as follows:

1. IT IS FURTHER STIPULATED AND AGREED that the Debtor is presently indebted to WELLS FARGO as a result of execution of Note dated April 13, 2005; that said Agreement is secured by a Deed of Trust dated April 13, 2005 on the Debtor's real property located in Phoenix, Arizona and legally described as:

> LOT 7, BLOCK 4, OF SUN VIEW ESTATES, ACCORDING TO
> THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY
> RECORDER OF MARICOPA COUNTY, ARIZONA,
> RECORDED IN BOOK 37 OF MAPS, PAGE 22.

48137-90827/RMH/JMC/683048_v1

2. IT IS FURTHER STIPULATED AND AGREED that Debtors' regular monthly payments to WELLS FARGO, relative to the aforementioned Note and Deed of Trust will continue to be due on or before the 16th day of each month.

3. IT IS FURTHER STIPULATED AND AGREED that Debtor is currently delinquent relative to post-petition payments for June, 2008 through October, 2008 and late charges in the total sum of $11,351.91, plus attorneys' fees and costs of $550.00.

4. IT IS FURTHER STIPULATED AND AGREED that Debtor will perform the following repayment schedule to WELLS FARGO relative to the aforementioned Note and Deed of Trust, to wit: regular payments commencing November, 2008, continuing on or before the 16th day of each month thereafter, in accordance with the original terms and conditions of the Note and Deed of Trust. In addition, the total arrearage of $11,901.91 shall be paid in six (6) equal installments of $1,983.65 each, and shall be due on or before the 16th day of each month, commencing on November 30, 2008 and continuing through April 30, 2009. The arrearage payments shall be made to Movant c/o its counsel Ronald M. Horwitz.

5. IT IS FURTHER STIPULATED AND AGREED that in the event Debtor fails to timely make any payment, as set forth above, Movant may send a ten (10) calendar day written notice to Debtor and her counsel, relative to any said delinquent payments, and accordingly, for the purposes of this Stipulation, a payment will be deemed untimely, if it is not made by 5:00 o'clock p.m., on the tenth calendar day following the date of mailing of written notice of default by WELLS FARGO to Debtor and her counsel. Debtor's right to Notice is expressly limited to two (2) events of default during the cure period. Upon the third event of default, Movant may exercise its rights under the contract without further notice to Debtor.

6. IT IS FURTHER STIPULATED AND AGREED that in the event notice of default is required to be sent, Debtor agrees to pay WELLS FARGO an additional sum of $150.00 for each Notice, as well as any applicable late charges.

7. IT IS FURTHER STIPULATED AND AGREED that in the event a payment is not timely made and not timely cured as previously set forth herein, this Stipulation and the Order approving same will be self-executing, and therefore, upon the failure of Debtor to make a timely

2

48137-90827/RMH/JMC/683048_v1

payment, the stay shall be deemed lifted, without further order of the Court or further application by WELLS FARGO.

8. IT IS FURTHER STIPULATED AND AGREED that the provisions of this Stipulation relative to the stay lift shall be effective in the event of conversion to any other chapter of the Bankruptcy Code.

9. IT IS FURTHER STIPULATED AND AGREED that the terms and provisions of this Stipulation shall be incorporated into any plan of reorganization filed by Debtor.

DATED this _18_ day of _November_, 2008.

JABURG & WILK, P.C.

By: _____
Ronald M. Horwitz
Attorneys for Wells Fargo Financial Bank

SCOTT H. COOMBS

By: _____
Scott H. Coombs
Attorney for Debtor

RUSSELL BROWN

Russell Brown
Chapter 13 Trustee, Suite 800, 3838 North Central Avenue, Phoenix, Arizona 85012-1965
2008.11.05 16:04:20 -07'00'

By: _____
Russell Brown
Trustee

3

48137-90827/RMH/JMC/683048_v1